IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| United States of America | Crim. No. 3:14-cr-00300-TLW |
|---|---|
| v. | **General Verdict Form** |
| Benita Dinkins-Robinson | |

1. As to the charge in Count 1 (Embezzlement of United States Department of Agriculture Funds), we, the jury, unanimously find the Defendant, ***Benita Dinkins-Robinson***:

    Guilty: __X__      Not Guilty: _____

2. As to the charge in Count 2 (Embezzlement of United States Department of Education Funds), we, the jury, unanimously find the Defendant, ***Benita Dinkins-Robinson***:

    Guilty: __X__      Not Guilty: _____

    ███████████████
    Foreperson
    ███████████████

March 12, 2015
Columbia, South Carolina